908

No. 89–6101.  Twomey v. United States.  C. A. 1st Cir. Certiorari denied.

No. 89–6215.  Fuller v. United States.  C. A. 8th Cir. Certiorari denied.

No. 89–6375.  Avila-Iscoa v. United States.  C. A. 5th Cir.  Certiorari denied.

No. 89–6540.  Starks v. Collins, Director, Texas Department of Criminal Justice, Institutional Division.  C. A. 5th Cir.  Certiorari denied.

No. 89–6648.  Erikson v. California.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 89–6693.  Yager et al. v. United States.  C. A. 6th Cir.  Certiorari denied.

No. 89–6722.  Gallagher v. Goldhart et al.  C. A. 6th Cir.  Certiorari denied.

No. 89–6750.  Silkwood v. United States.  C. A. 10th Cir. Certiorari denied.

No. 89–6786.  Keener v. United States.  C. A. 8th Cir. Certiorari denied.

No. 89–6793.  Brown v. United States.  C. A. 10th Cir. Certiorari denied.

No. 89–6849.  Jones v. Illinois.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 89–6896.  Harris v. Illinois.  Sup. Ct. Ill.  Certiorari denied.

No. 89–6929.  Millman v. United States.  C. A. 2d Cir. Certiorari denied.

No. 89–6966.  Arroyo-Plaud v. United States.  C. A. 1st Cir.  Certiorari denied.

No. 89–6971.  Ferenc v. Tuggle et al.  C. A. 11th Cir. Certiorari denied.